**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2025

**VIA EMAIL and ECF**

The Honorable Judge Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED**. Defendant's deadline for securing one co-signor to his bond is extended until Wednesday **November 26, 2025**.

Dated: November 13, 2025
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:   **United States v. Adam Souda**

**25 Mag 03531 (UA)**

Dear Honorable Judge Tarnofsky:

I write with the consent of the Government to respectfully request that the Court extend the deadline for securing one cosigner to Mr. Souda's bond until Wednesday, November 26, 2025.

On November 6, 2025, Magistrate Judge Henry J. Ricardo released Mr. Souda on his own signature and imposed bail conditions, including: a $25,000 personal recognizance bond, cosigned by one financially responsible person; travel restricted to SDNY/EDNY and Eastern District of North Carolina; surrender of all travel documents and no new applications; pretrial supervision as directed by Pretrial Services. Mr. Souda's bail conditions were to be met by Thursday, November 13, 2025.

Since his release, Mr. Souda has been compliant with his bail conditions and has reported to Pretrial as directed. We respectfully ask for thirteen additional days to schedule the cosigner interview with the Government and secure the cosigner to the bond. The Government consents to this request.

Thank you for your consideration of this matter.

        Respectfully submitted,

        /s/

        Michael Rooney

        Assistant Federal Defender

        (917) 565-1094

**SO ORDERED:**

_____

**HONORABLE ROBYN F. TARNOFSKY**

**UNITED STATES MAGISTRATE JUDGE**

cc:    AUSA Kevin Grossinger (by e-mail)