

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 18, 2025

**By ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
11/18/2025

Re:   *United States v. Adam Souda*, 25 Mag. 3531

Dear Judge Parker:

    The Government respectfully writes to provide the Court with an update in this matter. On November 6, 2025, defendant Adam Souda was arrested in this district pursuant to a warrant issued by the U.S. District Court for the Eastern District of North Carolina, 23 Mag. 2027 (E.D.N.C.), in connection with a violation of supervised release; presented pursuant to Rule 5(c)(3) before Judge Ricardo, the duty magistrate judge; and released on conditions. (Dkt. 3, 5.) Because as of the time of the defendant's presentment no conference date had yet been scheduled in the Eastern District of North Carolina, Judge Ricardo set a control date of November 20, 2025. (Dkt. 3.)

    A conference has now been scheduled in the Eastern District of North Carolina for November 24, 2025, at 10:00 a.m. (23 Mag. 2027 (E.D.N.C.) (minute entry dated 11/18/2025).) The Government therefore requests that the November 20 S.D.N.Y. control date be vacated.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

   by: */s/ Kevin A. Grossinger*
                        Kevin Grossinger
                        Assistant United States Attorney
                        Southern District of New York
                        kevin.grossinger@usdoj.gov
                        (212) 637-2426

cc:  Defense Counsel (by ECF)